Everett Ault EVANS v. UNITED STATES of America.

No. 1992.

Circuit Court of Appeals, Tenth Circuit.
July 18, 1940.

936

James B. Kelsey, of Leavenworth, Kan., for appellant.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed on court's own motion for failure to prosecute.